AO 442     (Rev. 10/03) Warrant for Arrest

US MARSHALS SERVICE N/TX
FORT WORTH, TX
9879/24
2015 SEP 23  AM 9:14

# UNITED STATES DISTRICT COURT

__Northern__ District of __Texas__

UNITED STATES OF AMERICA

V.

Nathan Bryant Cooper (27)

**WARRANT FOR ARREST**

Case Number: 4:15-cr-151-O

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Nathan Bryant Cooper__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| ✓ Indictment | ☐ Information | ☐ Complaint | ☐ Order of court | ☐ Probation Violation Petiton | ☐ Supervised Release Violation Petition | ☐ Violation Notice |

charging him or her (brief description of offense)

Conspiracy to possess with Intent to Distribute a Controlled Substance

in violation of Title __21__ United States Code, Section(s) __846__

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

/s/ Karen Mitchell
Signature of Issuing Officer

United States Magistrate Judge Jeffrey L. Cureton     9/16/2015     Fort Worth, Texas
                                                      Date          Location

2015 SEP 24 AM 10:28
CLERK OF COURT

By: /s/ W. Barnes
    Deputy Clerk

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Fort Worth TX

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 8/23/15 | Brian Finny (DEA) | (by) R. Revill USMS |
| DATE OF ARREST 9/15/15 | | |